BENJAMIN B. WAGNER
United States Attorney
KIMBERLY A. SANCHEZ
Assistant U.S. Attorney
4401 Federal Building
2500 Tulare Street
Fresno, California 93721
Telephone: (559) 497-4000

FILED

JAN 26 2012

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
       DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 1:11-cr-403 AWI |
| Plaintiff, | |
| v. | ORDER RE: MOTION TO UNSEAL INDICTMENT |
| NOLIS PORCHIA, DAVIER POCHIA, and MACLIVIO ONTIVEROS | |
| Defendant. | |

Pursuant to the motion by the United States, IT IS HEREBY ORDERED that the Indictment filed on November 17, 2011 be unsealed.

DATED: 1/26/2012

_____
U.S. MAGISTRATE JUDGE

2