| | |
|---|---|
| 1 | DANIEL J. BRODERICK, #89424 |
| | Federal Defender |
| 2 | ANN H. VORIS, Bar #100433 |
| | Assistant Federal Defender |
| 3 | Designated Counsel for Service |
| | 2300 Tulare Street, Suite 330 |
| 4 | Fresno, California 93721-2226 |
| | Telephone: (559) 487-5561 |
| 5 | |
| | Attorney for Defendant |
| 6 | NOLIS PORCHIA |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 1:11-cr-0403 AWI / DLB |
| | ) | |
| Plaintiff, | ) | STIPULATION TO CONTINUE MOTIONS |
| | ) | SCHEDULE; ORDER |
| v. | ) | |
| | ) | Date: April 9, 2012 |
| NOLIS PORCHIA, et al. | ) | Time: 1:00 p.m. |
| | ) | Judge: Hon. Dennis L. Beck |
| Defendant. | ) | |
| | ) | |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel that defense motions in the above-captioned matter may be filed on or before **March 2, 2012,** government replies to be filed on or before **March 30, 2012,** defense replies to any opposition to be filed on or before **April 2, 2012**, and the hearing shall remain on April 9, 2012 at 1:00 p.m. before the Honorable Magistrate Judge Dennis L. Beck.

This reason for the continuance is that counsel are still in plea negotiations and for investigation. This continuance will conserve time and resources for both parties and the court.

///

///

///

///

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(7)(A), (B)(ii), and (iv).

LAWRENCE BROWN
United States Attorney

DATED: February 29, 2012        By:    /s/ *Kimberly Sanchez*
KIMBERLY SANCHEZ
Assistant United States Attorney
Attorney for Plaintiff


DANIEL J. BRODERICK
Federal Defender

DATED: February 29, 2012        By:    /s/ *Ann H. Voris*
ANN H. VORIS
Assistant Federal Defender
Attorney for Defendant
Nolis Porchia


LAW OFFICE OF JON K. RENGE

DATED: February 29, 2012        By:    /s/ *Jon K. Renge*
JON K. RENGE
Attorney for Defendant
Davier Porchia

### O R D E R

**IT IS SO ORDERED.** Time is excluded pursuant to §§ 3161(h)(7)(A), (B)(ii), and (iv).

IT IS SO ORDERED.

**Dated:   February 29, 2012**              **/s/ Dennis L. Beck**
UNITED STATES MAGISTRATE JUDGE

Stipulation to Continue Status Conference
Hearing; [Proposed] Order              −2−