```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  KIMBERLY A. SANCHEZ
    Assistant U.S. Attorney
 3  2500 Tulare Street, Suite 4401
    Fresno, CA 93721
 4  Telephone: (559)497-4000
 5
 6
 7
 8              IN THE UNITED STATES DISTRICT COURT
 9            FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,   ) CASE NO. 1:11-CR-00403 AWI-DLB
                                )
12              Plaintiff,      ) STIPULATION AND ORDER
                                ) FOR CONTINUANCE OF STATUS
13  v.                          ) CONFERENCE
                                )
14  DAVIER PORCHIA, and         )
    NOLIS PORCHIA,              )
15                              )
                Defendants.     )
16                              )
```

IT IS HEREBY STIPULATED by and between Benjamin B. Wagner, United States Attorney and Kimberly A. Sanchez, Assistant U.S. Attorney and Jon Kyoshi Renge, attorney for Davier Porchia, and Ann Voris, attorney for Nolis Porchia, that the status conference set for May 14, 2012 at 1:00 pm be continued to June 11, 2012 at 1:00 pm. The undersigned Assistant U.S. Attorney has a family crisis for which she needs to travel out of state and will not be available on May 14, 2012. The parties discussed requesting that the hearing be scheduled for May 29, 2012, but due to scheduling conflicts of defense counsel, including training, we agreed upon a requested date of June 11, 2012. The parties further request the Court to enter an Order finding that the "ends of justice" served by a continuance outweigh the interest

of the public and the defendant in a speedy trial, and that the delay occasioned by such continuance is excluded from the Act's time limits pursuant to 18 U.S.C. § 3161(h)(7)(A).

Dated: May 3, 2012                          Respectfully submitted,

                                            BENJAMIN B. WAGNER
                                            United States Attorney

                                    By    /s/ Kimberly A. Sanchez
                                          KIMBERLY A. SANCHEZ
                                          Assistant U.S. Attorney

Dated: May 3, 2012                        /s/ Jon Kyoshi Renge
                                          JOHN KYOSHI RENGE
                                          Attorney for Davier Porchia

Dated: May 3, 2012                        /s/ Ann Voris
                                          ANN VORIS
                                          Attorney for Nolis Porchia

For the reasons set forth above, the continuance requested by the parties is granted for good cause and time is excluded under the Speedy Trial Act from May 14, 2012 to, and including, June 11, 2012, based upon the Court's finding that the ends of justice outweigh the public's and the defendant's interest in a speedy trial. 19 U.S.C. § 3161(h)(7)(A).

IT IS SO ORDERED.

    Dated:  **May 10, 2012**                    /s/ Dennis L. Beck
                                          UNITED STATES MAGISTRATE JUDGE