```
 1  DANIEL J. BRODERICK, #89424
    Federal Defender
 2  ANN H. VORIS, Bar #100433
    Assistant Federal Defender
 3  Designated Counsel for Service
    2300 Tulare Street, Suite 330
 4  Fresno, California 93721-2226
    Telephone: (559) 487-5561
 5
    Attorney for Defendant
 6  NOLIS PORCHIA
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 1:11-cr-0403 AWI / DLB |
| ) | |
| Plaintiff, ) | STIPULATION TO CONTINUE CHANGE OF |
| ) | PLEA HEARING; ORDER |
| v. ) | |
| ) | Date: September 4, 2012 |
| NOLIS PORCHIA, et al. ) | Time: 10:00 a.m. |
| ) | Judge: Hon. Anthony W. Ishii |
| Defendant. ) | |
| ) | |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel that the Change of Plea in the above-captioned matter may be heard on September 4, 2012 at 10:00 a.m. before the Honorable Anthony W. Ishii, Chief District Court Judge.

This reason for the continuance is that counsel are still in plea negotiations and this is a global agreement. This continuance will conserve time and resources for both parties and the court.

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(7)(A), (B)(ii), and (iv).

///

|   |   |   |
|---|---|---|
| | | BEN WAGNER<br>United States Attorney |
| DATED: August 2, 2012 | By: | /s/ *Kimberly Sanchez*<br>KIMBERLY SANCHEZ<br>Assistant United States Attorney<br>Attorney for Plaintiff |
| | | DANIEL J. BRODERICK<br>Federal Defender |
| DATED: August 2, 2012 | By: | /s/ *Ann H. Voris*<br>ANN H. VORIS<br>Assistant Federal Defender<br>Attorney for Defendant<br>Nolis Porchia |
| DATED: August 2, 2012 | By: | /s/ *Jon K. Renge*<br>JON K. RENGE<br>LAW OFFICE OF JON K. RENGE<br>Attorney for Defendant<br>Davier Porchia |

**O R D E R**

**IT IS SO ORDERED.** Time is excluded pursuant to §§ 3161(h)(7)(A), (B)(ii), and (iv).

IT IS SO ORDERED.

Dated: August 2, 2012

_____
CHIEF UNITED STATES DISTRICT JUDGE